# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRON BRIGGS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-0624** |
| **HOWARD PRINCE, WARDEN** | **SECTION "G"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

It is hereby **ORDERED** that the motion to stay[1] filed by petitioner, Byron Briggs, be **GRANTED**.

It is further **ORDERED** that thereafter, this matter be **ADMINISTRATIVELY CLOSED**, reserving petitioner's right, within 30 days after he has exhausted his state court remedies, to reopen the above-captioned action with the benefit of the instant action's filing date.

New Orleans, Louisiana, this  27th  day of June, 2012.

NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 2.